# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**SANJEEV KUMAR MISHRA**

266 New Sawyer Brown Road
Nashville, TN 37221

      Plaintiff

vs.

**JEH JOHNSON,**
Secretary of Homeland Security,
Washington, DC  20528

**LEON RODRIGUEZ**, Director of the
United States Citizenship and
Immigration Services,
111 Massachusetts Avenue,
NW MS 2260
Washington, DC 20529-2260

**MARK A. HAZUDA**, Director, United
States Citizenship and Immigration
Services' Nebraska Service Center,
Nebraska Service Center
850 S St. Lincoln, NE 68508

      Defendants.

Case No.:

COMPLAINT

## COMPLAINT

## DESCRIPTION OF ACTION

1. This complaint is brought by plaintiff, SANJEEV KUMAR MISHRA, to compel a decision on his  Forms I-130, Petition for Alien Relative, filed upon behalf of his wife, Snehal Mishra and his child, Vaishnav Mishra, which have been pending with the defendants since March 9, 2015, and March 10, 2015, respectively.

## JURISDICTION

2. This being a civil action against the United States arising under the Immigration and Nationality Act, 8 U.S.C. § 1101 et. seq., the Mandamus Act, 28 U.S.C. § 1361, and the Administrative Procedure Act, 5 U.S.C. § 701 et seq., all laws of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

## DESCRIPTION OF PARTIES

3. The plaintiff, SANJEEV KUMAR MISHRA, is a citizen of the United States and a resident of the state of Tennessee.

4. The defendant, JEH JOHNSON, is the Secretary of the Department of Homeland Security, and as such has the authority to adjudicate Forms I-130. He resides for official purposes in the District of Columbia.

5. The defendant, LEON RODRIGUEZ, is the Director of the United States Citizenship and Immigration Services (the "USCIS"), the agency within the Department of Homeland Security which adjudicates Forms I-130. He resides for official purposes in the District of Columbia.

6. The defendant, MARK HAZUDA, is the Director of the Nebraska Service Center of the United States Citizenship and Immigration Services, where plaintiff's Forms I-130 are currently pending. He resides for official purposes within the District of Colombia

BRIEF STATEMENT OF RELEVANT FACTS

7. On March 9, 2015, SANJEEV KUMAR MISHRA filed a Form I-130 upon behalf of Vaishav Mishra, his child, A078516317, with the United States Citizenship and Immigration Services, which was assigned File No. LIN0590754308.

8. On March 10, 2015, SANJEEV KUMAR MISHRA filed a Form I-130,

Petition for Alien Relative upon behalf of Snehal Mishra, his wife,

A0582159060, with the United States Citizenship and Immigration

Services, which was assigned File No.  LIN1590754308.

10. During the over fourteen (14) months that these petitions have been

pending plaintiff SANJEEV KUMAR MISHRA has made multiple

inquiries into the status of  these petitions with the defendants, which

nevertheless have failed to adjudicate this petition, nor offer any rational

reason for their failure to act.

## COUNT I

11. Defendant JEH JOHNSON, Secretary of Homeland Security,

Defendant LEON RODRIGUEZ, Director of the United States Citizenship and

Immigration Services, and MARK HAZUDA, Director of the United States

Citizenship and Immigration Services' Nebraska Service Center, are each and

all officers or employees of the United States Department of Homeland Security.

15.  Defendant JEH JOHNSON, Secretary of Homeland Security,

Defendant LEON RODRIGUEZ, Director of the United States Citizenship and

Immigration Services, and Defendant MARK HAZUDA, Director of the United

States Citizenship and Immigration Services' Nebraska Service Center, each

and all owe a duty to the Plaintiff to adjudicate his application for adjustment of

4

status within a reasonable time. 5 U.S.C. § 555(b) ("With due regard for the convenience and necessity of the parties or their representatives and within a reasonable time, each agency shall proceed to conclude a matter presented to it.").

16.  The time in which plaintiff's Forms I-130 have been pending with Defendant JEH JOHNSON, Secretary of Homeland Security, Defendant LEON RODRIGUEZ,  Director of the United States Citizenship and Immigration Services, and Defendant MARK HAZUDA, Director of the United States Citizenship and Immigration Services' Nebraska Service Center is well beyond the period of time which these officers or employees or their predecessors reasonably require to adjudicate it.

12. For example, the plaintiff's petitions have been pending much longer than the approximately six (6) months the USCIS's website indicates Forms I-130 are now taking to adjudicate at the USCIS's Nebraska Service Center.

17. This Court has authority under 28 U.S.C. § 1361 to compel an officer or employee of the United States to perform a duty owed to the Plaintiff.

18. This Court also has authority under 5 U.S.C. § 706(1) to compel agency action unlawfully withheld or unreasonably delayed.

<u>RELIEF
REQUESTED</u>

WHEREFORE it is respectfully requested that the Court compel Defendant JEH JOHNSON, Secretary of Homeland Security, Defendant LEON RODRIGUEZ, Director of the United States Citizenship and Immigration Services, and Defendant MARK HAZUDA, the Director of the United States Citizenship and Immigration Services' Nebraska Service Center, to adjudicate the Plaintiff's Forms I-130 upon behalf of Snehal Mishra and Vaishnav Mishra in no more than 30 days from the date of the Court's order, and to take such other action as it deems appropriate.

Dated this      day of May, 2016

s/Michael E. Piston
Michael E. Piston (MI 002)
Attorney for Plaintiff
225 Broadway,
Suite 307
New York , NY, 10007
Ph: 646-845-9895
Fax: 206-770-6350
Email: michaelpiston4@gmail.com